UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY LIMITED<br>3-5-25 Uchindai-cho Miyakojima-ku<br>Osaka, Japan 534-0013,<br><br>SHIGERU TAMAI<br>2-1-33 Asahigaoka, Ikeda-shi<br>Osaka, Japan 563-0022,<br><br>           **Plaintiffs,**<br><br>v.<br><br>WILLIAM F. WESTERMAN<br>10409 Shepherds Crook Court, # C<br>Potomac, MD 20854-1902<br><br>SERVE: Mark London, Esquire<br>London & Mead<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br><br>WESTERMAN, HATTORI, DANIELS &<br>ADRIAN, LLP,<br>1250 Connecticut Avenue, N.W., Suite 700<br>Washington, D.C. 20036<br><br>SERVE: Mark London, Esquire<br>London & Mead<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br><br>KRATZ, QUINTOS & HANSON, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C. 20005<br><br>SERVE: Don Hanson, Esquire<br>Kratz, Quintos & Hanson, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C. 20005 | ) ) ) ) ) ) ) ) ) ) ) ) ) **CASE NUMBER**<br>) )<br>) )<br>) )<br>) )<br>) )<br>) Case: 1:08-cv-00355<br>) Assigned To : Urbina, Ricardo M.<br>) Assign. Date : 2/28/2008<br>) Description: General Civil<br>) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| ARMSTRONG, KRATZ, QUINTOS, HANSON & BROOKS, LLP, <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> SERVE: Don Hanson, Esquire <br> Kratz, Quintos & Hanson, LLP <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> ARMSTRONG, WESTERMAN & HATTORI, LLP <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> SERVE: Don Hanson, Esquire <br> Kratz, Quintos & Hanson, LLP <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> ARMSTRONG, WESTERMAN, HATTORI, McLELAND & NAUGHTON, LLP <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> SERVE: Don Hanson, Esquire <br> Kratz, Quintos & Hanson, LLP <br> 1420 K Street, N.W., Suite 400 <br> Washington, D.C. 20005 <br><br> JOHN KONG <br> 10301 Grosvenor Place, Apt. 2101 <br> Rockville, MD 20852-4692 <br><br> SERVE: Mark London, Esquire <br> London & Mead <br> 1225 19th Street, N.W., Suite 320 <br> Washington, D.C. 20036 <br><br> ED KENEHAN <br> 14405 Cervantes Avenue <br> Germantown, MD 20874-3356 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

|  |  |
|---|---|
| SERVE:  Mark London, Esquire<br>London & Mead<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C.  20036<br><br>JAMES ARMSTRONG, III (deceased)<br>Coggins, Harman & Hewitt<br>8905 Fairview Road, Suite 600<br>Silver Spring, MD 20910<br><br>SERVE:  John H. Harman, Esquire<br>Coggins, Harman & Hewitt<br>8905 Fairview Road, Suite 600<br>Silver Spring, MD 20910<br>Personal representative of the Estate of James<br>Armstrong, III<br><br>            **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

Pursuant to Local Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Seed Co. Ltd. discloses that no publicly held corporation owns 10% or more its stock and that Seed Shoji K.K. and Kansai Kogyo K.K., two companies that are not publicly traded, own stock in Seed Co. Ltd.

Dated: February 28, 2008                    Respectfully submitted,

*[signature]*

Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Telephone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820