## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY LIMITED : | |
| 3-5-25 Uchindai-cho Miyakojima-ku : | |
| Osaka, Japan 534-0013 : | |
| : | |
| And : | |
| : | |
| SHIGERU TAMAI : | |
| 2-1-33 Asahigoaka, Ikeda-shi : | |
| Osaka, Japan 534-0013 : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 1:08cv00355 (RMU) |
| : | |
| WILLIAM F. WESTERMAN : | |
| 10409 Shepherds Crook Court, #C : | |
| Potomac, Maryland  20854-1902 : | |
| : | |
| And : | |
| : | |
| WESTERMAN, HATTORI, DANIELS & : | |
| ADRIAN, LLP           : | |
| 1250 Connecticut Avenue, N.W., Suite 700 : | |
| Washington, D.C.  20036 : | |
| : | |
| And : | |
| : | |
| KRATZ, QUINTOS & HANSON, LLP : | |
| 1420 K Street, N.W., Suite 400 : | |
| Washington, D.C.  20005 : | |
| : | |
| And : | |
| : | |
| ARMSTRONG, KRATZ, QUINTOS : | |
| HANSON & BROOKS, LLP : | |
| 1420 K Street, N.W., Suite 400 : | |
| Washington, D.C.  20005 : | |
| : | |
| And : | |

| | :|
|---|---|
| ARMSTRONG, WESTERMAN & HATTORI, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | :<br>:<br>:<br>: |
| And | : |
| | : |
| ARMSTRONG, WESTERMAN, HATTORI, McLELAND & NAUGHTON, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | :<br>:<br>:<br>: |
| And | : |
| JOHN KONG<br>10301 Grosvenor Place, Apt. 2101<br>Rockville, Maryland  20852-4692 | :<br>:<br>: |
| And | : |
| ED KENEHAN<br>14405 Cervantes Avenue<br>Germantown, Maryland  20874-3356 | :<br>:<br>: |
| And | : |
| JAMES ARMSTRONG, III (deceased)<br>Coggins, Harmon & Hewitt<br>8905 Fairview Road, Suite 600<br>Silver Spring, Maryland  20910 | :<br>:<br>:<br>: |
| Defendants. | : |

**MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendants, Kratz, Quintos & Hanson, LLP, Armstrong, Kratz, Quintos, Hanson & Brooks, LLP, Armstrong, Westerman & Hattori, LLP, and Armstrong, Westerman, Hattori, McLeland & Naughton, LLP, by counsel, CARR MALONEY P.C., hereby requests an extension of time to file a

responsive pleading to the allegations in the above-referenced matter up to and including April 14, 2008. Defendants' counsel has sought the consent from plaintiffs' counsel to the relief sought herein, but has not yet heard from counsel. This Motion is not interposed for purposes of delay, and should not interfere with the orderly handling of this case.

Respectfully submitted,

CARR MALONEY P.C.

By: \_\_/s/_____
Paul J. Maloney, #362533
Michael J. Sepanik, #471594
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
pjm@carrmaloney.com

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP 7, LCvR 7, and the record herein.

\_\_/s/_____
Paul J. Maloney

## RULE LCvR 7(m) DUTY TO CONFER

On March 21, 2008, undersigned counsel left a message for plaintiffs' counsel, Curt R. Hineline, seeking consent to the relief requested herein. As of the filing of this Motion, no responsive telephone call has been received. In addition, on March 20, 2008, undersigned counsel left a message for Creighton Magid, seeking consent to the relief requested herein. There has been no response to this telephone call as of the time of filing this Motion.

\_\_/s/_____
Paul J. Maloney

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File a Responsive Pleading was mailed, postage pre-paid, on this 21st day of March, 2008 to:

    Creighton R. Magid, Esquire
    Dorsey & Whitney LLP
    1050 Connecticut Avenue, N.W.
    Suite 1250
    Washington, D.C. 20036

    Paul T. Meiklejohn, Esquire
    Curt R. Hineline, Esquire
    Mark S. Carlson, Esquire
    Dorsey & Whitney LLP
    U.S. Bank Centre
    1420 Fifth Avenue, Suite 3400
    Seattle, Washington 98101-4010

    Christopher Mead, Esquire
    Mark London, Esquire
    London & Mead
    1225 19th Street, N.W.
    Suite 320
    Washington, D.C. 20036

    John H. Harmon, Esquire
    Coggins, Harmon & Hewitt
    8905 Fairview Road, Suite 600
    Silver Spring, Maryland 20910

        /s/
        Paul J. Maloney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SEED COMPANY LIMITED<br>3-5-25 Uchindai-cho Miyakojima-ku<br>Osaka, Japan 534-0013 | : | |
| | : | |
| And | : | |
| | : | |
| SHIGERU TAMAI<br>2-1-33 Asahigoaka, Ikeda-shi<br>Osaka, Japan 534-0013 | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:08cv00355 (RMU) |
| | : | |
| WILLIAM F. WESTERMAN<br>10409 Shepherds Crook Court, #C<br>Potomac, Maryland  20854-1902 | : | |
| | : | |
| And | : | |
| | : | |
| WESTERMAN, HATTORI, DANIELS &<br>ADRIAN, LLP<br>1250 Connecticut Avenue, N.W., Suite 700<br>Washington, D.C.  20036 | : | |
| | : | |
| And | : | |
| | : | |
| KRATZ, QUINTOS & HANSON, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | : | |
| | : | |
| And | : | |
| | : | |
| ARMSTRONG, KRATZ, QUINTOS<br>HANSON & BROOKS, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | : | |
| | : | |
| And | : | |

| | |
|---|---|
| ARMSTRONG, WESTERMAN & HATTORI, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | :<br>:<br>:<br>:<br>: |
| And | : |
| | : |
| ARMSTRONG, WESTERMAN, HATTORI McLELAND & NAUGHTON, LLP<br>1420 K Street, N.W., Suite 400<br>Washington, D.C.  20005 | :<br>:<br>:<br>:<br>: |
| And | : |
| | : |
| JOHN KONG<br>10301 Grosvenor Place, Apt. 2101<br>Rockville, Maryland  20852-4692 | :<br>:<br>:<br>: |
| And | : |
| | : |
| ED KENEHAN<br>14405 Cervantes Avenue<br>Germantown, Maryland  20874-3356 | :<br>:<br>:<br>: |
| And | : |
| | : |
| JAMES ARMSTRONG, III (deceased)<br>Coggins, Harmon & Hewitt<br>8905 Fairview Road, Suite 600<br>Silver Spring, Maryland  20910 | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

# O R D E R

UPON CONSIDERATION of the Motion for an Extension of Time to file a Responsive Pleading filed by defendants, Kratz, Quintos & Hanson, LLP, Armstrong, Kratz, Quintos, Hanson & Brooks, LLP, Armstrong, Westerman & Hattori, LLP, and Armstrong, Westerman, Hattori, McLeland & Naughton, LLP, and any opposition thereto, it is by this Honorable Court, this ___ day

of _____, 2008

ORDERED, that defendants' Motion be, and the same hereby is GRANTED; and it is further

ORDERED, that defendants be given up to and including April 14, 2008 to file a responsive pleading.

_____
Judge Ricardo M. Urbina

cc:     Paul J. Maloney, Esquire
        Carr Maloney P.C.
        1615 L Street, N.W., Suite 500
        Washington, D.C.  20036

        Creighton R. Magid, Esquire
        Dorsey & Whitney LLP
        1050 Connecticut Avenue, N.W., Suite 1250
        Washington, D.C.  20036

        Paul T. Meiklejohn, Esquire
        Curt R. Hineline, Esquire
        Mark S. Carlson, Esquire
        Dorsey & Whitney LLP
        U.S. Bank Centre
        1420 Fifth Avenue, Suite 3400
        Seattle, Washington  98101-4010

        Christopher Mead, Esquire
        Mark London, Esquire
        London & Mead
        1225 19th Street, N.W., Suite 320
        Washington, D.C.  20036

        John H. Harmon, Esquire
        Coggins, Harmon & Hewitt
        8905 Fairview Road, Suite 600
        Silver Spring, Maryland  20910