**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI )<br><br>　　　　　Plaintiffs　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>WILLIAM F. WESTERMAN, et al.　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　)  | CASE NUMBER 1:08-CV-00355-RMU |

**PLAINTIFFS' AND WESTERMAN DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSE TO WESTERMAN DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The parties hereby move the Court for an order extending the deadline for Plaintiffs' Response to Westerman Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, until April 11, 2008, to permit Plaintiffs sufficient time to translate draft Response papers into Japanese for review and comment by Plaintiffs Seed and Tamai. A proposed order is filed concurrently with this Joint Consent Motion.

All of the undersigned Defendants agree and consent to this motion.

　　　　　　　　　　　　　　　　　　　WILLIAM F. WESTERMAN

DATED: April 4, 2008　　　　　　　by  /s/ Mark London, Esq.
　　　　　　　　　　　　　　　　　　　Its  Attorney

　　　　　　　　　　　　　　　　　　　JOHN KONG

DATED: April 4, 2008　　　　　　　by  /s/ Mark London, Esq.
　　　　　　　　　　　　　　　　　　　his  Attorney

　　　　　　　　　　　　　　　　　　　ED KENEHAN

DATED: April 4, 2008　　　　　　　by  /s/ Mark London, Esq.
　　　　　　　　　　　　　　　　　　　his  Attorney

                                                  WESTERMAN, HATTORI, DANIELS & ADRAIN, LLP

DATED:  April 4, 2008                     by  /s/ Mark London, Esq.
                                                  Its   Attorney

Dated:  April 4, 2008                      Respectfully submitted,

                                                  /s/ Creighton R. Magid
                                                  Creighton R. Magid (D.C. Bar No. 476961)
                                                  DORSEY & WHITNEY LLP
                                                  1050 Connecticut Avenue, N.W., Suite 1250
                                                  Washington, D.C. 20036
                                                  Telephone:  (202) 442-3555
                                                  Fax:  (202) 442-31990
                                                  magid.chip@dorsey.com

                                                  Counsel For Plaintiffs
                                                  SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone:  (206) 903-8800
Fax:  (206) 903-8820

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2008, a copy of the foregoing PLAINTIFFS' AND WESTERMAN DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSE TO WESTERMAN DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT and proposed ORDER was sent by first-class mail, postage prepaid to:

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

/s/ Creighton R. Magid

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SEED COMPANY, LTD. and SHIGERU TAMAI**        ) <br> ) <br> **Plaintiffs**        ) <br> ) <br> **v.**        ) <br> ) <br> **WILLIAM F. WESTERMAN, et al.**        ) <br> ) <br> **Defendants.**        ) | ) <br> ) <br> ) <br> ) **CASE NUMBER 1:08-CV-00355-RMU** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Plaintiffs' and Westerman Defendants' Joint Consent Motion to Extend Deadline for Response to Westerman Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, and for good cause shown, it is hereby this _____ day of April, 2008,

ORDERED, that the motion is GRANTED. Plaintiffs' Response to Westerman Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment shall be due on April 11, 2008. The deadline for Westerman Defendants' Reply shall be adjusted accordingly.

_____
U.S. District Court Judge Ricardo Urbina

COPIES:

Creighton R. Magid, Esquire
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910