**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SEED COMPANY, LTD., et al.** )<br>)<br>       **Plaintiffs** )<br>)<br>**v.** )<br>)<br>**WILLIAM F. WESTERMAN, et al.** )<br>)<br>       **Defendants.** ) | **CASE NUMBER 1:08-CV-00355-RMU** |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs Seed Company, Ltd. and Shigeru Tamai hereby request this Court to schedule oral argument on Defendants William F. Westerman, John Kong, Ed Kennehan and Westerman, Hattori, Daniels & Adrian, LLP's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

Dated: April 14, 2008

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Telephone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
James Howard
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2008, a copy of the foregoing PLAINTIFFS' REQUEST FOR ORAL ARGUMENT was sent by first-class mail, postage prepaid to:

| | |
|---|---|
| Christopher B. Mead, Esquire<br>London & Mead<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036 | Paul J. Maloney, Esquire<br>Carr Maloney, P.C.<br>1615 L Street, N.W., Suite 500<br>Washington, D.C. 20036 |
| | John H. Harman, Esquire<br>Coggins, Harman & Hewitt<br>8905 Fairview Road, Suite 600<br>Silver Spring, MD 20910 |

/s/ Creighton R. Magid