U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Seed Company Limited, et al.

vs.

William F. Westerman, et al.

No. 1:08-CV-00355 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Legal Malpractice; Notice of Designation of Related Civil Cases Pending in this or any other United States Court; LCvR 7.1 Disclosure of Corporate Affiliations and Financial Interests; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:00 am on March 4, 2008, I served James Armstrong, III (deceased) c/o John H. Harman, Esquire and Personal Representative of the Estate of James Armstrong, III at Coggins Harman & Hewitt, 8905 Fairview Road, Suite 600, Silver Spring, Maryland 20910 by serving John H. Harman, Esquire, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    58
HEIGHT-    6'0"
  HAIR-    GRAY
WEIGHT-    220
  RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3·5·08
             Date

FREDERICK PARSONS, JR.
1827 18th Street, NW
Washington, DC 20009
Our File#- 202699

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEED COMPANY LTD., a Japanese limited
liability company, and SHIGERU TAMAI, an
individual,

          Plaintiffs,

v.

WILLIAM F. WESTERMAN, et. al,

          Defendants.

SUMMONS IN A CIVIL CASE

Case: 1:08-cv-00355
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/28/2008
Description: General Civil

TO: (Name and address of Defendant)

JAMES ARMSTRONG, III (deceased)
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

SERVE: John H. Harman, Esquire
Coggins, Harman & Hewitt, 8905 Fairview Road, Suite 600, Silver Spring, MD 20910, Personal representative of the Estate of James Armstrong, III

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
(202) 442-3555

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **NANCY MAYER-WHITTINGTON**

(By) DEPUTY CLERK  *[signature]*

DATE  **FEB 2 8 2008**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of April, 2008, a copy of the foregoing Affidavit of Service upon James Armstrong III (deceased) was sent by first-class mail, postage prepaid to:

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

/s/ Creighton R. Magid