U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Seed Company Limited, et al.

vs.

William F. Westerman, et al.

No. 1:08-CV-00355 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Legal Malpractice; Notice of Designation of Related Civil Cases Pending in this or any other United States Court; LCvR 7.1 Disclosure of Corporate Affiliations and Financial Interests; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 4:20 pm on March 3, 2008, I served Westerman Hattori Daniels & Adrian LLP c/o Mark London, Esquire at London & Mead, 1225 19th Street, NW, Suite 320, Washington, DC 20036 by serving Chris Mead, Partner, authorized to accept. Described herein:

    SEX- MALE
    AGE- 48
  HEIGHT- 5'9"
    HAIR- BROWN
  WEIGHT- 170
    RACE- WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3-5-08
            Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 202709

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEED COMPANY LTD., a Japanese limited
liability company, and SHIGERU TAMAI, an
individual,

        Plaintiffs,

v.

WILLIAM F. WESTERMAN, et. al,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Case: 1:08-cv-00355
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/28/2008
Description: General Civil

TO: (Name and address of Defendant)

WESTERMAN, HATTORI, DANIELS
& ADRIAN, LLP,
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036

SERVE: Mark London, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
(202) 442-3555

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                   DATE **FEB 2 8 2008**
CLERK

*[signature]*
(By) DEPUTY CLERK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of April, 2008, a copy of the foregoing Affidavit of Service upon Westerman Hattori Daniels & Adrian LLP was sent by first-class mail, postage prepaid to:

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

/s/ Creighton R. Magid