UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD., et al,<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM F. WESTERMAN, et al.<br><br>Defendants. | Civil No. 1:08-cv-00355 (RMU) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS
TO FILE A REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS, OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants William F. Westerman; Westerman, Hattori, Daniels & Adrian, LLP; John Kong; and Ed Kenehan (collectively "the Westerman Defendants"), by and through undersigned counsel, respectfully move this Court to extend the time for the Westerman Defendants to file a Reply to Plaintiffs' Opposition ("the Opposition") to the Westerman Defendants' Motion to Dismiss, Or, In The Alternative, For Summary Judgment ("the Motion"). In support thereof, the Westerman Defendants state:

1.      On or about March 21, 2008, the Westerman Defendants filed the Motion. Pursuant to LCvR 7(b), LCvR 5.4(d), and Fed. R. Civ. P. 6(d), Plaintiffs' Opposition was due on April 4, 2008.

2.      On or about April 4, 2008, the Westerman Defendants agreed to Plaintiffs' request to extend the time for filing the Opposition. The parties agreed to extend the time to April 11, 2008.

3.  On or about April 11, 2008, Plaintiffs filed the Opposition. Pursuant to LCvR 7(d), LCvR 5.4(d), and Fed. R. Civ. P. 6(d), the Westerman Defendants' Reply is due on April 23, 2008.

4.  The Westerman Defendants, with Plaintiffs' agreement and consent, respectfully move this Court for a two-day extension to file a Reply to April 25, 2008. Undersigned counsel has had to attend a number of meetings that unexpectedly consumed more time than undersigned counsel anticipated. This is the first time undersigned counsel has requested an extension of time.

5.  The Westerman Defendants are in compliance with this Court's Standing Order for Civil Cases, wherein the Court will consider motions for extension of time "that are filed at least 4 business days prior to the deadline the motion is seeking to extend." The extension will not interfere with the orderly handling of this case.

**WHEREFORE**, the Westerman Defendants, with Plaintiffs' agreement and consent, request that this Court grant the Consent Motion To Extend Time for Defendants To File A Reply To Plaintiffs' Opposition to Defendants' Motion to Dismiss, Or, In The Alternative, For Summary Judgment to April 25, 2008.

Respectfully submitted,

_____
Mark London
Christopher B. Mead
cmead@londonandmead.com
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
(202) 331-3334

Counsel for Defendants William F. Westerman; Westerman, Hattori, Daniels & Adrian, LLP; John Kong; and Ed Kenehan

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true copy of the foregoing Consent Motion To Extend Time for Defendants To File A Reply To Plaintiffs' Opposition to Defendants' Motion to Dismiss, Or, In The Alternative, For Summary Judgment and proposed Order to be served on Plaintiffs by electronic filing and to be served by e-mail on April 17, 2008 to:

Paul J. Maloney
pjm@carrmaloney.com
Michael J. Sepanik
mjs@carrmaloney.com
Carr Maloney P.C.
1615 L Street
Washington, D.C. 20036
Attorneys for Defendants Kratz, Quinton & Hanson LLP; Armstrong, Kratz, Quintos, Hanson & Brooks, LLP; Armstrong, Westerman & Hattori, LLP; Armstrong, Westerman, Hattori, McLeland & Naughton, LLP

and

John H. Harman
chhlaw587@aol.com
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Personal representative of the Estate of James Armstrong, III

_____
Christopher B. Mead

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD., et al, <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM F. WESTERMAN, et al. <br><br> Defendants. | Civil No. 1:08-cv-00355 (RMU) |

### ORDER

Upon consideration of the Consent Motion To Extend Time For Defendants To File A Reply To Plaintiffs' Opposition to Defendants' Motion to Dismiss, Or, In The Alternative, For Summary Judgment , it is this ____ day of _____, 2008,

**ORDERED** that the Consent Motion To Extend Time for Defendants To File A Reply To Plaintiffs' Opposition to Defendants' Motion to Dismiss, Or, In The Alternative, For Summary Judgment be and hereby is granted, and;

**FURTHER ORDERED** that the Defendants shall file a Reply to Plaintiffs' Opposition to Defendants' Motion To Dismiss, Or, In The Alternative, For Summary Judgment on or before April 25, 2008.

_____
U.S. District Court Judge Ricardo Urbina

Copies to:

Paul J. Maloney
Michael J. Sepanik
Carr Maloney P.C.
1615 L Street
Washington, DC 20036

John H. Harman
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
Personal representative of the Estate of James Armstrong, III

Creighton R. Magid
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, DC 20036

Christopher B. Mead
Mark London
London & Mead
1225 19th Street, NW, Suite 320
Washington, DC 20036