**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI ) ) ) **Plaintiffs** ) ) v. ) ) WILLIAM F. WESTERMAN, et al. ) ) **Defendants.** ) | CASE NUMBER 1:08-CV-00355-RMU |

**PLAINTIFFS' AND KRATZ DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSE TO KRATZ DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The Plaintiffs and defendants Kratz, Quintos & Hanson, LLP; Armstrong, Kratz, Quintos, Hanson & Brooks, LLP; Armstrong, Westerman & Hattori, LLP; and Armstrong, Westerman, Hattori, McLeland & Naughton, LLP ("the Kratz Defendants") hereby jointly move the Court for an order extending the deadline for Plaintiffs' Response to Kratz Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, until May 5, 2008, to permit Plaintiffs sufficient time to translate draft Response papers into Japanese for review and comment by Plaintiffs Seed and Tamai.  The parties further request that the deadline for the Kratz Defendants' Reply be set at May 16, 2008.  A proposed order is filed concurrently with this Joint Consent Motion.

All of the undersigned Defendants agree and consent to this motion.

                                          KRATZ, QUINTOS & HANSON, LLP

DATED:  April 24, 2008           by   /s/ Michael J. Sepanik, Esq.
                                          Its   Attorney


                                          ARMSTRONG, KRATZ, QUINTOS, HANSON & BROOKES, LLP

DATED:  April 24, 2008           by   /s/ Michael J. Sepanik, Esq.
                                          his   Attorney

|  |  |
|---|---|
|  | ARMSTRONG, WESTERMAN & HATTORI, LLP |
| DATED:  April 24, 2008 | by  /s/ Michael J. Sepanik, Esq._____<br>his  Attorney_____ |
|  | ARMSTRONG, WESTERMAN, HATTORI, McLELAND & NAUGHTON, LLP |
| DATED:  April 24, 2008 | by  /s/ Michael J. Sepanik, Esq._____<br>Its  Attorney_____ |
| Dated:  April 24, 2008 | Respectfully submitted, |

/s/ Creighton R. Magid _____
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Telephone:  (202) 442-3555
Fax:  (202) 442-31990
magid.chip@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone:  (206) 903-8800
Fax:  (206) 903-8820

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2008, a copy of the foregoing PLAINTIFFS' AND KRATZ DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINE FOR RESPONSE TO KRATZ DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT was sent by first-class mail, postage prepaid to:

> John H. Harman, Esquire
> Coggins, Harman & Hewitt
> 8905 Fairview Road, Suite 600
> Silver Spring, MD 20910

and served by the Court's ECF system upon:

> Christopher B. Mead, Esquire
> London & Mead
> 1225 19th Street, N.W., Suite 320
> Washington, D.C. 20036

> Paul J. Maloney, Esquire
> Carr Maloney, P.C.
> 1615 L Street, N.W., Suite 500
> Washington, D.C. 20036

/s/ Creighton R. Magid

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI )<br>)<br>**Plaintiffs** )<br>)<br>v. )<br>)<br>WILLIAM F. WESTERMAN, et al. )<br>)<br>**Defendants.** ) | )<br>)<br>)<br>) CASE NUMBER 1:08-CV-00355-RMU<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiffs' and defendants Kratz, Quintos & Hanson, LLP; Armstrong, Kratz, Quintos, Hanson & Brooks, LLP; Armstrong, Westerman & Hattori, LLP; and Armstrong, Weterman, Hattori, McLeland & Naughton, LLP ("the Kratz Defendants") Joint Consent Motion to Extend Deadline for Response to Kratz Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, and for good cause shown, it is hereby this _____ day of April, 2008,

ORDERED, that the motion is GRANTED. Plaintiffs' Response to the Kratz Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment shall be due on May 5, 2008. The deadline for the Kratz Defendants' Reply shall be May 16.

_____
U.S. District Court Judge Ricardo Urbina

COPIES:

Creighton R. Magid, Esquire
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910