UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Seed Company Limited, et al.    )
)
)
)
**Plaintiff(s)**    )
) Case No.: 1:08-cv-00355
)
v.    )
)
William F. Westerman, et al.    )
)
)
)
**Defendant(s)**    )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., having been duly authorized to make service of the Summons, Complaint for Legal Malpractice, Notice of Designation of Related Civil Cases Pending in this of or any other United States Court, LCvR 7.1 Disclosure of Corporate Affiliations and Financial Interests, and Initial Electronic Case Filing Order on Susan Armstrong, Personal Representative of the Estates of James Armstrong, III in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 29, 2008 at 7:45 PM, I served the within Summons, Complaint for Legal Malpractice, Notice of Designation of Related Civil Cases Pending in this of or any other United States Court, LCvR 7.1 Disclosure of Corporate Affiliations and Financial Interests, and Initial Electronic Case Filing Order on Susan Armstrong, Personal Representative of the Estates of James Armstrong, III at 2205 Solmar Drive, Silver Spring, MD 20904 by serving Susan Armstrong, Personal Representative of the Estates of James Armstrong, III, personally. Described herein:

Gender: Female    Race/Skin: White    Hair: Brown/Grey    Approx. Age: 70    Height: 5'5"    Weight: 125

4-30
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-001065    Client Reference: N/A
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Seed Company Limited et al

**SUMMONS IN A CIVIL CASE**

V.

Westerman et al

CASE NUMBER:   1:08-cv-00355 RMU

TO: (Name and address of Defendant)

Susan Armstrong
Personal Representative of the Estate of James Armstrong, III
2205 Solmar Drive
Silver Spring, Maryland 20904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Creighton R. Magid, Esq. (#476961)
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

APR 22 2008

CLERK _[signature] Nanau Scott_        DATE

(By) DEPUTY CLERK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2008, a copy of the foregoing Affidavit of Service upon Susan Armstrong, Personal Representative of the Estate of James Armstrong, III, was sent by first-class mail, postage prepaid to:

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

/s/ Creighton R. Magid