**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SEED COMPANY, LTD., et al.** <br> **Plaintiffs** <br> **v.** <br> **WILLIAM F. WESTERMAN, et al.** <br> **Defendants.** | **CASE NUMBER 1:08-CV-00355-RMU** |

**PLAINTIFFS' MOTION REQUESTING THAT THE COURT STRIKE NEW MATERIALS SUBMITTED IN SUPPORT OF THE WESTERMAN DEFENDANTS' REPLY OR GRANT PLAINTIFFS LEAVE TO FILE A SUR-REPLY**

Plaintiffs Seed Company, Ltd. and Shigeru Tamai (collectively, "Plaintiffs") move this Court to strike the Second Declaration of William F. Westerman, the exhibit attached hereto, and all associated arguments. In the alternative, Plaintiffs seek leave to file a sur-reply. In support of their motion, Plaintiffs submit a Memorandum of Points and Authorities.

Dated: May 13, 2008

Respectfully submitted,

/s/ Creighton R. Magid ____________________

Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Telephone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May, 2008, a copy of the foregoing Plaintiffs' Motion Requesting That The Court Strike New Materials Submitted In Support Of The Westerman Defendants' Reply Or Grant Plaintiffs Leave To File A Sur-Reply, associated Memorandum Of Points And Authorities, and proposed Order was sent by first-class mail, postage prepaid to:

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

John H. Harman, Esquire
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, MD 20910

/s/ Creighton R. Magid

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SEED COMPANY, LTD., et al.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER 1:08-CV-00355-RMU** |
| | ) | |
| **WILLIAM F. WESTERMAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION REQUESTING THAT THE COURT STRIKE NEW MATERIALS SUBMITTED IN SUPPORT OF THE WESTERMAN DEFENDANTS' REPLY, OR IN THE ALTERNATIVE, GRANT PLAINTIFFS LEAVE TO FILE A SUR-REPLY**

Plaintiffs Seed Company, Ltd. and Shigeru Tamai (collectively, "Plaintiffs") submit this Memorandum in support of their Motion requesting that the Court strike the Second Declaration of William F. Westerman, the exhibit attached thereto, and all associated arguments, or, in the alternative, that the Court grant Plaintiffs leave to file a sur-reply.

Defendants William F. Westerman, John Kong, Ed Kennehan and Westerman, Hattori, Daniels & Adrian, LLP ("Westerman Defendants") submitted the Second Westerman Declaration and the attached exhibit in support of their Reply to Plaintiffs' Opposition to their Motion to Dismiss or in the Alternative, Motion for Summary Judgment. By means of the Second Westerman Declaration, the Westerman Defendants set forth their argument as to which parties understood what information at various points in time, purport to interpret all correspondence proffered by Plaintiffs in support of their Opposition, and seek to introduce a new exhibit referring to ongoing advice between the Westerman Defendants and Plaintiffs. Neither the arguments nor the exhibit had been raised in the Westerman Defendants' Motion to Dismiss. (At a minimum, the Westerman Defendants, through their Reply, underscore the numerous fact issues that require discovery and militate against summary judgment.)

New material submitted in reply to an opposition to a dispositive motion does not provide a basis for granting relief. *See, e.g., U.S. v. Letscher*, 83 F.Supp.2d 367, 377 (S.D.N.Y. 1999).

Accordingly, it is appropriate to strike or ignore new arguments and evidence offered in reply. *See, e.g.*, *Baloch v. Norton*, 517 F.Supp.2d 345, 349 n. 2 (D.D.C. 2007). The Court should do so here.

Should the Court nevertheless decide to consider the new materials, Plaintiffs respectfully request leave to file a sur-reply. *See Baloch*, 517 F.Supp.2d at 349 n.2 (noting that, in response to arguments raised for the first time in reply, a court should either ignore the arguments or grant a sur-reply).

Dated: May 13, 2008

Respectfully submitted,

/s/ Creighton R. Magid ____________________
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Telephone: (202) 442-3555
Fax: (202) 442-3199
magid.chip@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SEED COMPANY, LTD. and SHIGERU TAMAI** <br><br> **Plaintiffs** <br><br> **v.** <br><br> **WILLIAM F. WESTERMAN, et al.** <br><br> **Defendants.** | **CASE NUMBER 1:08-CV-00355-RMU** |

**<u>ORDER</u>**

This matter having come before this Court on this ___ day of ______, 2008 on Plaintiffs' Motion Requesting That The Court Strike New Materials Submitted In Support Of The Westerman Defendants' Reply Or Grant Plaintiffs Leave To File A Sur-Reply, and this Court having considered said Motion and Defendants' opposition thereto, it is hereby:

ORDERED, that the Second Declaration of William F. Westerman, attached exhibit, and related argument shall be stricken and shall not form part of the record before the Court in relation to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

____________________________________
U.S. District Court Judge Ricardo Urbina

COPIES:

Creighton R. Magid, Esquire
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036

Paul J. Maloney, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036