UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEED COMPANY, LTD., et al.**<br><br>    **Plaintiffs**<br><br>v.<br><br>**WILLIAM F. WESTERMAN, et al.**<br><br>    **Defendants.** | CASE NUMBER 1:08-CV-00355-RMU |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney hereby appears as co-counsel of record for Plaintiffs SEED COMPANY LIMITED and SHIGERU TAMAI relative to the above-referenced matter. You are hereby requested to serve a copy of all further papers and proceedings in said cause, except original process, upon said attorney at the address below stated.

Dated: June 3, 2008

Respectfully submitted,

  *s/ James E. Howard*
James E. Howard (D.C. Bar No. 481455)
DORSEY & WHITNEY LLP
1420 Fifth Ave., Ste. 3400
Seattle, WA 98101
Tel: (206) 903-2390
Fax: (206) 903-8820
howard.james@dorsey.com

Counsel For Plaintiffs SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: (206) 903-8800
Fax: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington, that filed the foregoing NOTICE OF APPEARANCE with the clerk of the court using ECF which provides notice, via e-mail, to the following interested parties:

Christopher Bowmar Mead
London & Mead
1225 19th St., NW, Ste. 320

*cmead@londonandmead.com*

Paul J. Maloney
Carr Maloney, P.C.
1615 L St., NW, Ste. 500
Washington, DC 20036

*pjm@carrmaloney.com*

Michael J. Sepanik
Carr Maloney, P.C.
1615 L St., NW, Ste. 500
Washington, DC 20036

*mjs@carrmaloney.com*

Creighton R. Magid
Dorsey & Whitney LLP
1050 Connecticut Ave., NW, Ste. 1250
Washington, DC 20036

*magid.chip@dorseylaw.com*

DATED this 3rd day of June, 2008.

         *s/ Cynthia L. Acuff*
         Cynthia L. Acuff

2

4842-1356-2882\1