UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEED COMPANY, LTD., et al.          )
                                    )
        Plaintiffs                  )
                                    )
v.                                  )   CASE NUMBER 1:08-CV-00355-RMU
                                    )
WILLIAM F. WESTERMAN, et al.        )
                                    )
        Defendants.                 )

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION REQUESTING THAT THE COURT STRIKE OR IGNORE NEW MATERIALS SUBMITTED IN SUPPORT OF THE WESTERMAN DEFENDANTS' REPLY OR THAT PLAINTIFFS BE GRANTED LEAVE TO FILE A SURREPLY**

Given Plaintiffs' filing of a First Amended Complaint on May 23, 2008, it is unclear whether the Westerman Defendants will attempt to rely on their Motion to Dismiss or for Summary Judgment ("Motion to Dismiss"), and supporting materials, filed in relation to Plaintiffs' original Complaint. However, should the Westerman Defendants endeavor to do so, they have failed to oppose Plaintiffs' Motion Requesting that the Court Strike or Ignore New Materials Submitted in Support of the Westerman Defendants' Reply. This failure by the Westerman Defendants is fatal under Local Rule 7.

Local Rule 7 requires opposing parties to file and serve an opposition, and deems the lack of such a filing to be a concession to the motion, providing:

> Within 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

LCvR 7(b); *see also*, *Fox v. American Airlines, Inc.*, 389 F.3d 1291, 1294-95 (D.C. Cir. 2004) (failure to file opposition to motion to dismiss warranted dismissal pursuant to LCvR 7); *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (affirming that failure to oppose motion may be treated as a concession to the relief sought under the precursor to LCvR 7). Plaintiffs filed their

Motion to Strike on May 13, 2008. The Westerman Defendants' Opposition was due 11 days later which, accounting for the weekend, placed their filing deadline at May 26. Having failed to oppose Plaintiffs' Motion to Strike by the May 26 deadline, or any subsequent date, the Westerman Defendants have conceded to entry of the Order sought by Plaintiffs in this motion. The Court should therefore strike or ignore the Second Declaration of William F. Westerman, attached exhibit, and all associated arguments, to the extent that the Westerman Defendants attempt to rely on these materials in seeking dismissal of Plaintiffs' recently filed First Amended Complaint.

Dated: June 3, 2008

Respectfully submitted,

_s/ James E. Howard_
James E. Howard (D.C. Bar No. 481455)
DORSEY & WHITNEY LLP
1420 Fifth Ave., Ste. 3400
Seattle, WA 98101
Tel: (206) 903-2390
Fax: (206) 903-8820
howard.james@dorsey.com

Counsel For Plaintiffs SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
James E. Howard
Mark S. Carlson
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: (206) 903-8800
Fax: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington, that filed the foregoing REPLY IN SUPPORT OF PLAINTIFFS' MOTION REQUESTING THAT THE COURT STRIKE OR IGNORE NEW MATERIALS SUBMITTED IN SUPPORT OF THE WESTERMAN DEFENDANTS' REPLY OR THAT PLAINTIFFS BE GRANTED LEAVE TO FILE A SURREPLY with the clerk of the court using ECF which provides notice, via e-mail, to the following interested parties:

Christopher Bowmar Mead
London & Mead
1225 19th St., NW, Ste. 320

*cmead@londonandmead.com*

Michael J. Sepanik
Carr Maloney, P.C.
1615 L St., NW, Ste. 500
Washington, DC 20036

*mjs@carrmaloney.com*

Paul J. Maloney
Carr Maloney, P.C.
1615 L St., NW, Ste. 500
Washington, DC 20036

*pjm@carrmaloney.com*

Creighton R. Magid
Dorsey & Whitney LLP
1050 Connecticut Ave., NW, Ste. 1250
Washington, DC 20036

*magid.chip@dorseylaw.com*

DATED this 3rd day of June, 2008.

       *s/ Cynthia L. Acuff*
       Cynthia L. Acuff