## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SEED COMPANY, LTD., *et. al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No.: 1:08-Cv-00355 (RMU) |
| | * | |
| WILLIAM F. WESTERMAN, *et. al.* | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT ESTATE OF JAMES ARMSTRONG, III'S JOINDER TO THE KRATZ DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE  ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Estate of James Armstrong, III hereby joins the Motion to Dismiss First Amended Complaint, or in the alternative, for Summary Judgment, filed by the Kratz Defendants on June 5, 2008.

In support of this motion, the Estate of James Armstrong, III fully incorporates and adopts the Kratz Defendants' Memorandum of Points and Authorities and all exhibits, affidavits and other supporting documents, and incorporates and respectfully refers the Court to the Motion to Dismiss, or in the alternative, for summary judgment, filed by the Kratz Defendants in response to the initial Complaint, as well as all supporting attachments and exhibits.  The Estate of James Armstrong, III also incorporates and refers the Court to the Kratz Defendants' Reply to plaintiffs' Opposition to Motion to Dismiss. A proposed order is attached as Exhibit One (1).

Respectfully submitted,

CARR MALONEY P.C.

By:     /s/ _____

Paul J. Maloney, #362533
Michael J. Sepanik, #471594
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant Estate of James Armstrong, III's Joinder to the Kratz Defendants' Motion to Dismiss First Amended Complaint, or in the alternative, for summary judgment, was electronically served, this 16th day of June, 2008, upon:

Creighton R. Magid, Esquire
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C.  20036

Paul T. Meiklejohn, Esquire
Curt R. Hineline, Esquire
Mark S. Carlson, Esquire
Dorsey & Whitney LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, Washington  98101-4010

Christopher Mead, Esquire
Mark London, Esquire
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036


/s/_____
Michael J. Sepanik

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SEED COMPANY, LTD., *et. al.*          *
                                       *
     Plaintiffs             *
                                       *
v.                                     *          Civil No.: 1:08-Cv-00355 (RMU)
                                       *
WILLIAM F. WESTERMAN, *et. al.*        *
                                       *
     Defendants             *
                                       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

UPON CONSIDERATION of Defendant Estate of James Armstrong, III's Joinder to the

Kratz Defendants' motion to dismiss First Amended Complaint, or in the alternative, for summary

judgment, and any opposition thereto, it is this ___ day of _____, 2008

    ORDERED, that the Motion is GRANTED; and it is further,

    ORDERED, that judgment is entered in favor of the Estate of James Armstrong, III

on all counts of plaintiffs' complaint.


                                               _____

                                               Hon. Ricardo Urbina


cc: counsel of record