UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM F. WESTERMAN, et al. <br><br> Defendants. | ) ) ) ) ) ) CASE NUMBER 1:08-CV-00355-RMU ) ) ) ) ) |

**CONSENT MOTION TO EXTEND DEADLINE FOR FILING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs hereby move the Court for an Order extending the deadline for Plaintiffs' opposition to the motions to dismiss the first amended complaint, or in the alternative, for summary judgment, filed by the Westerman Defendants and the Kratz Defendants in conjunction with the Estate of James Armstrong, III, until June 26, 2008. Plaintiffs' counsel are aware of the local rule requiring three days notice for requests for additional time. Extenuating circumstances did not, however, permit a timely request in this instance. Plaintiffs' lead counsel was out of the country during the interval between when the motions were filed and shortly before the deadline for the opposition papers, and was unable to review the draft opposition papers during his absence. In addition, the drafts (which include a declaration by an officer of Seed) need to be translated into Japanese so that they may be reviewed by Plaintiffs (a company and individual in Osaka, Japan), after which Plaintiffs will communicate their final comments to Plaintiffs' counsel. These tasks took longer than Plaintiffs' counsel anticipated.

The Defendants have consented to the extension of time. The Defendants' reply papers shall be due as provided by LCvR 7 within five court days after service of the opposition, on July 3. A proposed Order is filed concurrently with this Joint Consent Motion.

All of the undersigned Defendants agree and consent to this motion.

                                                THE WESTERMAN DEFENDANTS

DATED: June 18, 2008          by  /s/ Mark London, Esq.
                                            Its  Attorney

                                                THE KRATZ DEFENDANTS

DATED: June 18, 2008          by  /s/ Paul Maloney, Esq.
                                            his  Attorney

                                                THE ESTATE OF JAMES ARMSTRONG, III

DATED: June 18, 2008          by  /s/ Paul Maloney, Esq.
                                            his  Attorney

Dated: June 18, 2008                                Respectfully submitted,


/s/ James E. Howard
James E. Howard (D.C. Bar No. 481455)
DORSEY & WHITNEY LLP
1420 Fifth Ave., Ste. 3400
Seattle, WA 98101
Tel: (206) 903-2390
Fax: (206) 903-8820
howard.james@dorsey.com

Counsel For Plaintiffs
SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
James E. Howard
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI<br><br>            Plaintiffs<br><br>v.<br><br>WILLIAM F. WESTERMAN, et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NUMBER 1:08-CV-00355-RMU<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the consent motion to extend the deadline for the Plaintiffs' opposition to the motions to dismiss, or in the alternative, for summary judgment, filed by the Westerman Defendants and the Kratz Defendants in conjunction with the Estate of James Armstrong, III, and for good cause shown, it is hereby this _____ day of June, 2008,

ORDERED, that the motion is GRANTED. Plaintiffs' opposition to the Defendants' motions to dismiss, or in the alternative, for summary judgment, shall be due on June 26, 2008. The deadline for the Defendants' Reply shall be as provided under LCvR 7(d), on July 3, 2008.

_____
U.S. District Court Judge Ricardo Urbina