# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEED COMPANY, LTD. and SHIGERU TAMAI** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) **CASE NUMBER 1:08-CV-00355-RMU** |
| **v.** | ) |
| | ) |
| **WILLIAM F. WESTERMAN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## FED. R. CIV. P. 56 (c) AND (e) SUPPLEMENTAL DECLARATION OF MARK S. CARLSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE KRATZ DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

I, Mark S. Carlson, declare as follows:

1.     I am over the age of eighteen years, I make the following declaration based upon my personal knowledge, and I am competent to testify as to the matters asserted herein.

2.     I am an attorney with Dorsey & Whitney, which represents Seed Company, Ltd. ("Seed") and Shigeru Tamai ("Tamai") (collectively "Plaintiffs") in this matter. I submit this declaration pursuant to Fed. R. Civ. P. 56(c), which authorizes a party resisting summary judgment to file declarations until the date of the hearing, and 56(e), which authorizes the supplementation of declarations submitted in opposition to summary judgment motions.

3.     The Kratz Defendants submitted the Amended Declaration of Donald Hanson in support of their Motion to Dismiss the First Amended Complaint, or in the Alternative, for Summary Judgment. Mr. Hanson averred that he had performed an "exhaustive search" of the Kratz firm records, and had concluded that after the Westerman Defendants left the Kratz firm, "Plaintiffs no longer utilized the professional services of, nor maintained an attorney-client

relationship with, Kratz, Quintos & Hanson, LLP (or any of our predecessor firms)." Amended

Hanson Dec. ¶ 3 (Dkt No. 19-2).

4.    Plaintiffs' opposition papers contradicted Mr. Hanson's assertion through the

declarations of Messrs. Shintani, Howard and Carlson. Plaintiffs' opposition memorandum also

noted that the Kratz Defendants had prosecuted two patent applications for Seed, the US '839

Application at issue in the Interference and a second application, which matured into the O-Ring

Patent. Carlson Dec. ¶¶ 3-5 and Ex. 1-3. Plaintiffs quoted correspondence from Seed, indicating

that after the Westerman Defendants left the Kratz Defendants to form their own firm, Seed

directed the Westerman Defendants to continue their work on the Interference, but left the

application that matured into the O-Ring Patent with the Kratz Defendants. Plaintiffs observed

that the Kratz Defendants apparently continued to represent Plaintiffs as their patent attorneys

before the USPTO with respect to the O-Ring Patent long after the departure of the Westerman

Defendants. *Id.* Plaintiffs informed the Court that the "USPTO records suggest that the Kratz

Defendants may have even paid a maintenance fee on this patent on behalf of Plaintiffs as late as

June 30, 2006." Pltfs. Opp. at 7, n. 14 (Dkt. 38-01). Based upon these facts, Plaintiffs argued

that the exhaustiveness of Mr. Hanson's search of his firm's records, and the credibility of his

declaration, were suspect. This underscored the need for discovery in this case, and the

impropriety of dismissing it at this early juncture.

5.    In their Reply memorandum (Dkt. 41), the Kratz Defendants acknowledged that

the O-Ring Patent relates to a "substantially similar" invention, but disputed that they continued

to represent Plaintiffs after October 1, 2003, and in particular, at the time of the May 21, 2005

email from Mr. Armstrong to Mr. Itami. The Kratz Defendants argued that the O-Ring Patent

"issued to plaintiffs on January 10, 1995 . . . and plaintiffs do not identify any further services

2

provided by the Kratz Defendants to the plaintiffs with respect to that patent." Defs. Reply at 3.

They accused Plaintiffs of using "sleight-of-hand" with the Court, because the Kratz Defendants'

representation of Plaintiffs with respect to the O-Ring Patent allegedly "concluded in 1995 with

issuance [of the patent]." *Id.* The Kratz Defendants suggest that they did not pay the United

States Patent and Trademark Office ("USPTO") maintenance fee on the O-Ring Patent as

attorneys for Plaintiffs, noting that the firm of "Armstrong and Kubovcik" is identified on the

exhibits to the Carlson Declaration as the "address for fee purposes." Defs. Reply at 4.

      6.     The attached correspondence from the Kratz Defendants to Mr. Itami, Seed's

representative, demonstrates that after the O-Ring Patent issued in 1995, the Kratz Defendants

continued to represent Plaintiffs before the USPTO as their attorneys, maintaining the related O-

Ring Patent by paying maintenance fees at Plaintiffs' request on June 10, 1998, April 30, 2002,

and June 21, 2006, and charging Plaintiffs for these legal services. This correspondence further

supports Plaintiffs' opposition papers, and flatly contradicts Mr. Hanson's amended declaration.

      7.     Attached hereto as Exhibit 1 is a true and correct copy of a June 10, 1998 letter

from the Kratz Defendants to Mr. Kenji Itami, Seed's representative, thanking him for his letter

instructing the Kratz Defendants to pay the maintenance fee on the O-Ring Patent, and informing

him that the Kratz Defendants had paid the fee on Plaintiffs' behalf. On page two of the letter,

the Kratz Defendants billed Plaintiffs $761 for these services.

      8.     Attached hereto as Exhibit 2 is a true and correct copy of an April 30, 2002 letter

from the Kratz Defendants to Mr. Kenji Itami, Seed's representative, thanking him for his letter

instructing the Kratz Defendants to pay the maintenance fee on the O-Ring Patent, and informing

him that the Kratz Defendants had paid the fee on Plaintiffs' behalf. On page two of the letter,

the Kratz Defendants billed Plaintiffs $1,335 for these services.

9.     Attached hereto as Exhibit 3 is a true and correct copy of a June 21, 2006 letter from the Kratz Defendants to Mr. Kenji Itami, Seed's representative, thanking him for his letter instructing the Kratz Defendants to pay the maintenance fee on the O-Ring Patent, and informing him that the Kratz Defendants had paid the fee on Plaintiffs' behalf. On page two of the letter, the Kratz Defendants billed Plaintiffs $2,290 for these services.

10.     After receiving Mr. Hanson's amended declaration in support of the Kratz Defendants' motion, Plaintiffs' counsel requested that Seed and/or its Japanese representative, search for these documents to determine whether the Kratz Defendants had, indeed, continued to represent Plaintiffs on intellectual property matters after October 1, 2003, and specifically, on May 21, 2005, while preparing Plaintiffs' opposition papers. Plaintiffs' counsel requested these documents from Plaintiffs' Japanese representative. I received copies of Exhibit Nos. 1, 2 and 3 on July 2, 2008.

11.     These are documents that are, or should have been, in the Kratz Defendants' possession as of the date of the Amended Declaration of Donald Hanson, and he knew, or should have known, of these documents based upon his allegedly "exhaustive search" of firm records. Either Mr. Hanson's search was not exhaustive, or his statement that there is no record that the Kratz Defendants continued to represent Plaintiffs in any fashion after October 1, 2003 was not correct. In either event, Mr. Hanson's declaration, itself, presents genuine issues of disputed material fact in view of the written record. The attached documents demonstrate that the Kratz Defendants were acting as counsel to Plaintiffs when Mr. Armstrong sent his May 21, 2005 email to Mr. Itami.

12.     If Plaintiffs are permitted to engage in discovery, Plaintiffs believe that they will obtain further evidence, from the Kratz Defendants and others, confirming that the Kratz

4

Defendants continued to represent Plaintiffs at all material times. The Kratz Defendants' most recent filing only highlights the need for denying defendants' summary judgment motions at this early stage of the proceeding.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Signed in Seattle, Washington, this 3rd day of July, 2008.

_____
Mark S. Carlson

## CERTIFICATE OF SERVICE

I, Matthew C. Jaeger, certify that on July 3, 2008, I served a true copy of the Fed. R. Civ. P. 5(c) & (e) Supplemental Declaration of Mark S. Carlson in Support of Plaintiffs' Opposition to the Kratz defendants' Motion to Dismiss Amended Complaint, or in the Alternative, for Summary Judgment, as follows:

<u>Via CM/ECF generated Email</u>

Mark London
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036
shark@londonandmead.com

John H. Harman
Coggins, Harman & Hewitt
8905 Fairview Road, Suite 600
Silver Spring, Maryland 20910-4171
Chhlaw587@aol.com

Paul J. Maloney
1615 L Street, NW Suite 500
Washington, DC 20036
pjm@carrmaloney.com

DATED this 3rd day of July, 2008.

s/Matthew C. Jaeger
Matthew C. Jaeger

# Exhibit 1

LAW OFFICES

# ARMSTRONG, WESTERMAN, HATTORI, MCLELAND & NAUGHTON

LAW & FINANCE BUILDING
SUITE 707, 429 FOURTH AVENUE
PITTSBURGH, PA 15219

JAMES E. ARMSTRONG, III*
WILLIAM F. WESTERMAN*
KEN-ICHI HATTORI*
LE-NHUNG McLELAND*
RONALD F. NAUGHTON
WILLIAM G. KRATZ, JR.
MEL R. QUINTOS*
DONALD W. HANSON*

JAMES E. ARMSTRONG, IV*

Of Counsel
EDWARD F. WELSH
JOHN R. PEGAN

*NOT ADMITTED TO PA. BAR

TEL. (412) 281-2931
FACSIMILE (412) 281-1821

June 10, 1998

WASHINGTON OFFICE
SUITE 1000
1725 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 659-2930
FACSIMILE (202) 887-0357
FACSIMILE (202) 331-7519

TOKYO LIAISON OFFICE
6TH FL. DIAMOND PLAZA BLDG.
25, ICHIBANCHO, CHIYODA-KU
TOKYO 102, JAPAN
TEL. (03) 3234-8429
FACSIMILE (03) 3234-5643



Itami Patent Office
Daisan Bldg., 2-4, 3-chome
Nishitenma, Kita-ku
Osaka 530, JAPAN

> Re: U.S. Patent 5,379,477
>     Issued: January 10, 1995
>     Serial No: 039,172
>     By: TAMAI, ET AL
>     Your Ref: P-124/SE.O
>     Our Ref: 930302

Dear Sirs:

Thank you for your letter instructing payment of the U.S. maintenance fee for the above cited patent.

We are pleased to inform you that the fee has been paid. The maintenance fee receipt will be sent to you as soon as it is received in our office.

Enclosed please find our debit note MF-134 re payment of the maintenance fee.

Very truly yours,

Barbara R. Hignet
Administrator

Encl: Debit Note

**Law Offices**
**ARMSTRONG, WESTERMAN, HATTORI**
**McLELAND & NAUGHTON**
**Suite 1000**
**1725 K Street N.W.**
**Washington, D.C. 20006**

Telephone (202) 659-2930                          Telex  440142
Facsimile (202) 887-0357 (GP III)     Cable "ASTROPATWASHINGTONDC"
          (202) 331-7519 (GP III)

To:  Riggs National Bank, Lincoln Branch, Account #37-17143 569


June 10, 1998

DEBIT NOTE: MF-134


Itami Patent Office
Daisan Bldg., 2-4, 3-chome
Nishitenma, Kita-ku
Osaka 530, JAPAN


Re:  U.S. Patent No. 5,379,477
     Serial No. 039,172
     By: TAMAI, ET AL
     Your Ref: P-124/SE.O
     Our Ref:  930302

**SERVICES**

Services in connection with preparation
and sending of reminder and confirmation
letter(s) concerning payment of 3 1/2 year
maintenance fee:                                    $  225.00


Services in connection with attending to
payment of official patent maintenance fees:        $  525.00


DISBURSEMENTS:
Photocopy and Postage:                                 11.00


TOTAL . . . . . .        $  761.00


BRH\cpu

# Exhibit 2

LAW OFFICES

# ARMSTRONG, WESTERMAN, HATTORI, McLELAND & NAUGHTON

JAMES E. ARMSTRONG, III*
WILLIAM F. WESTERMAN*
KEN-ICHI HATTORI*
LE-NHUNG McLELAND*
RONALD R. NAUGHTON
WILLIAM G. KRATZ, JR.
MEL R. QUINTOS*
DONALD W. HANSON*
STEPHEN G. ADRIAN*
SCOTT M. DANIELS*

JAMES E. ARMSTRONG IV*
OF COUNSEL
EDWARD F. WELSH
JOHN R. PEGAN

JAMES N. BAXER.
PATENT AGENT

LAW & FINANCE BUILDING
SUITE 707, 429 FOURTH AVENUE
PITTSBURGH, PA 15219

TEL. (412) 281-2931
FACSIMILE (412) 281-1821

WASHINGTON OFFICE
SUITE 1000
1725 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 659-2930
FACSIMILE (202) 887-0357
FACSIMILE (202) 331-7519

TOKYO LIAISON OFFICE
6TH FL. DIAMOND PLAZA BLDG.
25, ICHIBANCHO, CHIYODA-KU
TOKYO 102, JAPAN
TEL. (03) 3234-8429
FACSIMILE (03) 3234-5643

April 30, 2002



Itami Patent Office
Daisan Bldg., 2-4, 3-chome
Nishitenma, Kita-ku
Osaka 530-0047, JAPAN

      Re: U.S. Patent 5,379,477
         Issued: January 10, 1995
         Serial No: 039,172
         By: TAMAI, ET AL
         Your Ref: P-124/SE.O
         Our Ref: 930302

Dear Sirs:

Thank you for your letter instructing payment of the U.S.
maintenance fee for the above cited patent.

We are pleased to inform you that the fee has been paid.
The maintenance fee receipt will be sent to you as soon
as it is received in our office.

Enclosed please find our debit note MF-134 re payment of
the maintenance fee.

           Very truly yours,

           Barbara R. Hiquet
           Administrator

Encl: Debit Note

Law Offices
ARMSTRONG, WESTERMAN & HATTORI, LLP
Suite 1000
1725 K Street N.W.
Washington, D.C. 20006

Telephone (202) 659-2930                              Telex  440142
Facsimile (202) 887-0357 (GP III)      Cable "ASTROPATWASHINGTONDC"
          (202) 331-7519 (GP III)

To:  Riggs National Bank, Lincoln Branch, Account #37-17143 569


April 30, 2002

DEBIT NOTE: MF-134

Itami Patent Office
Daisan Bldg., 2-4, 3-chome
Nishitenma, Kita-ku
Osaka 530-0047, JAPAN

Re:  U.S. Patent No. 5,379,477
     Serial No. 039,172
     By: TAMAI, ET AL
     Your Ref: P-124/SE.O
     Our Ref:  930302

SERVICES

Services in connection with preparation
and sending of reminder and confirmation
letter(s) concerning payment of 7 1/2 year
maintenance fee:                                   $  310.00


Services in connection with attending to
payment of official patent maintenance fees:       $1,010.00


DISBURSEMENTS:
Photocopy and Postage:                                15.00


              TOTAL . . . . .      $1,335.00


BRH\cpu

# Exhibit 3

LAW OFFICES

# ARMSTRONG, KRATZ, QUINTOS, HANSON & BROOKS, LLP

JAMES K. ARMSTRONG, III*
WILLIAM G. KRATZ, JR.
MEL R. QUINTOS*
DONALD W. HANSON*
WILLIAM L. BROOKS*
JAMES K. ARMSTRONG, IV*
GEORGE N. STEVENS*
DARREN R. CREW

OF COUNSEL
EDWARD F. WELSH
JOHN F. CARNEY

PATENT AGENTS
JAMES N. BAKER
DANIEL A. GESZLOWITZ, Ph.D.

* NOT ADMITTED TO PA. BAR

Law & Finance Building
Suite 707
429 Fourth Avenue
Pittsburgh, PA 15219

Tel. (412) 281-2931
Facsimile (412) 281-1821

www.armstrongpatentlaw.com

WASHINGTON OFFICE
SUITE 1000
1725 K STREET, N.W.
WASHINGTON, D.C. 20006
TELEPHONE (202) 659-2930
FACSIMILE (202) 887-0357
FACSIMILE (202) 331-7819
FACSIMILE (202) 887-5515

BALTIMORE OFFICE
502 WASHINGTON AVENUE
SUITE 220
TOWSON, MARYLAND 21204
TELEPHONE (410) 337-2295
FACSIMILE (410) 337-2296

TOKYO LIAISON OFFICE
NOBLE COURT HIRAKAWACHO
SUITE 605
4-13, HIRAKAWACHO
2-CHOME, CHIYODA-KU,
TOKYO, 102-0093 JAPAN
TELEPHONE (03) 3234-8429
FACSIMILE (03) 3234-5643

LEONARD BLOOM, SR. COUNSEL*

June 21, 2006



Itami Patent Office
ALTE BLDG. DOSHOMACHI
1-2-11, Doshomachi
Chuo-ku, Osaka 541-0045 JAPAN

      Re: U.S. Patent 5,379,477
         Issued: January 10, 1995
         Serial No: 039,172
         By: TAMAI, ET AL
         Your Ref: P-124/SE.O
         Our Ref: 930302

Dear Sirs:

Thank you for your letter instructing payment of the U.S. maintenance fee for the above cited patent.

We are pleased to inform you that the fee has been paid. The maintenance fee receipt will be sent to you as soon as it is received in our office.

Enclosed please find our debit note MF-134 re payment of the maintenance fee.

           Very truly yours,

           Judith C. Coll
           Administrator

Encl: Debit Note

Law Offices
ARMSTRONG, KRATZ, QUINTOS,
HANSON & BROOKS, LLP
Suite 1000
1725 K Street N.W.
Washington, D.C. 20006

Telephone (202) 659-2930                              Telex  440142
Facsimile (202) 887-0357 (GP III)      Cable "ASTROPATWASHINGTONDC"
          (202) 331-7519 (GP III)

To:PNC Financial Services Group, Lincoln Branch, Account #53 00 742 658


June 21, 2006

DEBIT NOTE: MF-134

Itami Patent Office
ALTE BLDG. DOSHOMACHI
1-2-11, Doshomachi
Chuo-ku, Osaka 541-0045 JAPAN



Re:  U.S. Patent No. 5,379,477
     Serial No. 039,172
     By: TAMAI, ET AL
     Your Ref: P-124/SE.O
     Our Ref:  930302

SERVICES

Services in connection with preparation
and sending of reminder and confirmation
letter(s) concerning payment of 11 1/2 year
maintenance fee:                                    $   360.00


Services in connection with attending to
payment of official patent maintenance fees:        $1,900.00


DISBURSEMENTS:
Photocopy and Postage:                                  30.00


              TOTAL . . . . . . .         $2,290.00


BRH\cpu