UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD., *et. al.* | *<br>* |
| Plaintiffs | *<br>* |
| v. | *   Civil No.: 1:08-Cv-00355 (RMU)<br>* |
| WILLIAM F. WESTERMAN, *et. al.* | *<br>* |
| Defendants | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT ESTATE OF JAMES ARMSTRONG, III'S JOINDER TO THE KRATZ DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Estate of James Armstrong, III hereby joins the Kratz Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss First Amended Complaint, or in the alternative, for Summary Judgment, filed by the Kratz Defendants.

Respectfully submitted,

CARR MALONEY P.C.

By:   /s/
      Paul J. Maloney, #362533
      Michael J. Sepanik, #471594
      1615 L Street, N.W., Suite 500
      Washington, D.C. 20036
      (202) 310-5500 (telephone)
      (202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant Estate of James Armstrong, III's Joinder to the Kratz Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss First Amended Complaint, or in the alternative, for summary judgment, was electronically served, this 7th day of July, 2008, upon:

> Creighton R. Magid, Esquire
> Dorsey & Whitney LLP
> 1050 Connecticut Avenue, N.W.
> Suite 1250
> Washington, D.C. 20036
>
> Paul T. Meiklejohn, Esquire
> Curt R. Hineline, Esquire
> Mark S. Carlson, Esquire
> Dorsey & Whitney LLP
> U.S. Bank Centre
> 1420 Fifth Avenue, Suite 3400
> Seattle, Washington 98101-4010
>
> Christopher Mead, Esquire
> Mark London, Esquire
> London & Mead
> 1225 19th Street, N.W.
> Suite 320
> Washington, D.C. 20036
>
>
> /s/_____
> Michael J. Sepanik