UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM F. WESTERMAN, et al. <br><br> Defendants. | ) ) ) ) ) ) CASE NUMBER 1:08-CV-00355-RMU ) ) ) ) ) |

**PLAINTIFFS' AND DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINE FOR FILING RULE 26(f) REPORT AND DISCOVERY PLAN**

Counsel for all Plaintiffs and all Defendants met on July 30, 2008 pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 to discuss the matters set forth in the foregoing rules.  The Parties note that Rule 26(f)(2) may require the Parties to file a report and discovery plan within fourteen (14) days after the Rule 26(f) conference.[1]  Due to scheduling conflicts on the part of certain Parties and their counsel, it is not practicable to complete the client approval process within fourteen days.  Accordingly, the Parties jointly move the Court for leave to file the report and discovery plan pursuant to Rule 26(f) on August 29, 2008.

All of the undersigned Parties agree and consent to this motion.

THE WESTERMAN DEFENDANTS

DATED:  July 31, 2008                by   /s/ Mark London, Esq.
                                     Its   Attorney

THE KRATZ DEFENDANTS

DATED:  July 31, 2008                by   /s/ Michael Sepanik, Esq.
                                     his   Attorney

---

[1] Counsel for the Westerman Defendants, Mark London, noted an objection to the 26(f) conference as premature (on the ground that Rule 12(b) motions are pending), but participated in the interests of judicial efficiency and civility.

                                                PLAINTIFFS SEED COMPANY, LTD AND SHIGERU TAMAI

DATED:  July 31, 2008                       by   /s/ Paul Meiklejohn, Esq.
                                                his   Attorney

DATED:  July 31, 2008                       Respectfully submitted,

                                                /s/ James E. Howard, Esq.
                                            James E. Howard
                                            DORSEY & WHITNEY LLP
                                            1420 Fifth Avenue, Suite 3400
                                            Seattle, WA 98101-4010
                                            Telephone:  (206) 903-8800
                                            Fax:  (206) 903-8820

                                            Counsel For Plaintiffs
                                            SEED COMPANY LIMITED and SHIGERU TAMAI

OF COUNSEL:
Paul T. Meiklejohn
Curt R. Hineline
Mark S. Carlson
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone:  (206) 903-8800
Fax:  (206) 903-8820

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI </br></br> Plaintiffs </br></br> v. </br></br> WILLIAM F. WESTERMAN, et al. </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) </br> CASE NUMBER 1:08-CV-00355-RMU |

### ORDER

Upon consideration of the joint consent motion to extend the deadline for filing the Parties' Rule 26(f) report and discovery plan, filed by the Plaintiffs, the Westerman Defendants, and the Kratz Defendants, and for good cause shown, it is hereby this _____ day of August, 2008,

ORDERED, that the motion is GRANTED. The Parties shall file their Rule 26(f) report and discovery plan by August 29, 2008.

_____
U.S. District Court Judge Ricardo Urbina