UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEED COMPANY, LTD. and SHIGERU TAMAI </br></br> Plaintiffs </br></br> v. </br></br> WILLIAM F. WESTERMAN, et al. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) CASE NUMBER 1:08-CV-00355-RMU </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

Upon consideration of the joint consent motion to extend the deadline for filing the Parties' Rule 26(f) report and discovery plan, filed by the Plaintiffs, the Westerman Defendants, and the Kratz Defendants, and for good cause shown, it is hereby this _____ day of August, 2008,

ORDERED, that the motion is GRANTED. The Parties shall file their Rule 26(f) report and discovery plan by August 29, 2008.

_____
U.S. District Court Judge Ricardo Urbina