UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEED COMPANY, LTD., et al,         )
                                    )
         Plaintiffs                 )
                                    )      Civil No. 1:08-cv-00355 (RMU)
         v.                         )
                                    )
WILLIAM F. WESTERMAN, et al.        )
                                    )
         Defendants.                )
                                    )

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Mark London on behalf of Defendants William F. Westerman; Westerman, Hattori, Daniels & Adrian, LLP; John Kong; and Ed Kenehan.

Mr. London is appearing as co-counsel with Christopher B. Mead, who continues his appearance on behalf of these Defendants in this case.

Respectfully Submitted,

_____
Mark London
DC Bar # 293548
Christopher B. Mead
DC Bar # 411598
London & Mead
1225 19th Street, N.W.
Washington D.C. 20036
(202) 331-3334
Attorneys for Defendants William F. Westerman; Westerman, Hattori, Daniels & Adrian, LLP; John Kong; and Ed Kenehan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true copy of the foregoing Notice of Appearance to be served with the clerk of the court using ECF which provides notice, via e-mail, to the below listed interested parties:

Paul J. Maloney
Carr Maloney, P.C.
1615 L. Street NW
Suite 500
Washington D.C. 20036
pjm@carrmaloney.com

Michael J. Sepanik
Carr Maloney, P.C.
1615 L. Street NW
Suite 500
Washington D.C. 20036
mjs@carrmaloney.com

Creighton R. Magid
Dorsey & Whitney LLP
1050 Connecticut Ave. NW
Suite 1250
Washington, D.C. 20036
magid.chip@dorseylaw.com

DATED this 1st day of August 2008

_____
Mark London